IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TYLER GROGAN,<br><br>Plaintiff,<br><br>v.<br><br>HOMER BRYSON; WARDEN DOUG WILLIAMS; TYRONE SMITH; JORDAN WICKER; UNIT MANAGER ERIC SMOKES; DERIC GODFREY; KARL WILLIAMS; EYVETTE COOK; and FNU DOVER,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-32 |

## ORDER

Presently before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** Plaintiff's Motion and **DISMISSES** this case **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.[1]

**SO ORDERED**, this 8th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Plaintiff's dismissal moots Magistrate Judge Baker's August 25, 2017, Report and Recommendation, (doc. 7). Therefore, the Clerk shall terminate that Report and Recommendation on the docket of this case.