AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Tyler Grogan

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-32

Homer Bryson et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated November 8, 2017, Plaintiff's Motion to Dismiss is granted. This action is DISMISSED WITHOUT PREJUDICE. This case stands closed.



November 8, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03